■ ARTHUR TOMLINSON, Individually and as Guardian ad Litem of ARTHUR C. TOMLINSON, an Infant, Respondent, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 6, TOWN OF HARRISON, Appellant, et al., Defendants.— Motion by appellant for a stay denied. Cross motion by respondents to dismiss the appeal on the ground that it is frivolous and without merit, denied. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

■ OSCAR APPEL et al., Respondents, v. RHODA ROOT, Appellant.— Motion by appellant for a stay pending appeal from an order granting respondent's motion for summary judgment and directing that the action be placed on the calendar for September 4, 1962, for the assessment of damages. Motion granted, on condition that the appellant be ready to argue or submit the appeal at the November Term, beginning October 22, 1962, for which term the appeal is ordered to be placed on the calendar; the papers on appeal and the appellant's brief are to be served and filed on or before September 24, 1962. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

■ CIRCLE FLOOR CO. INC., Respondent, v. SILTAN CORP. et al., Appellants.— Motion for a stay denied. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

■ HARRIS INVESTING CORP., Respondent, v. SIL-GOLD CORP. et al., Appellants, et al., Defendants.— Motion by appellants for a stay denied. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

■ FRANCES SPIELER, Respondent, v. SIMON SPIELER, Appellant.— Motion by appellant for a stay granted, on condition (a) that appellant within five days from the date of the entry of the order hereon pay $250 on account of the counsel fee and disbursements, and (b) that appellant be read to argue or submit the appeal at the October Term, beginning October 1, 1962 for which term the appeal is ordered to be placed on the calendar; the papers on appeal and appellant's brief to be served on or before September 20, 1962. Beldock, P. J., Ughetta, Kleinfeld, Rabin and Hopkins, JJ., concur.

## (August 29, 1962)

■ JOHN R. CREWS, as Chairman of the County Committee of the Republican Party, Kings County, Respondent, v. SHORE ROAD YOUNG REPUBLICAN CLUB et al., Appellants.— In an action for a permanent injunction (1) to restrain the defendants from use of the name " Shore Road Young Republican Club " or the words " Young Republican Club " or words of similar import; and (2) to direct said defendants to remove any such words from all signs, pamphlets and any other printed material, defendants appeal from an order of the Supreme Court, Kings County, entered August 17, 1962, granting plaintiff's motion for such relief *pendente lite*. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of JOHN S. BUCALO, Appellant, v. ARTHUR M. WEISS et al., as Commissioners of the Board of Elections of the County of Suffolk, and WALTER M. ORMSBY et al., Respondents.— In a proceeding under section 330 of the Election Law, to require the Board of Elections of Suffolk County to place petitioner's name on the official primary ballot as a candidate of the Republican party for the office of Representative in Congress for the First Congressional District, New York, the petitioner appeals from an order of the Supreme Court, Suffolk County, dated August 27, 1962, which dismissed his petition. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.